```
                  UNITED STATES DISTRICT COURT
                    SOUTHERN DISTRICT OF OHIO
                         WESTERN DIVISION


TRACY A. HENDERSON,              :
                                 :   NO. 1:12-CV-0208
        Plaintiff,               :
                                 :
                                 :
   v.                            :   ORDER
                                 :
                                 :
COMMISSIONER OF SOCIAL           :
SECURITY,                        :
                                 :
        Defendant.
```

This matter is before the Court on the Magistrate Judge's Report and Recommendation (doc. 9), in which she recommends that the decision of the Commissioner to deny Plaintiff Disability Insurance Benefits be affirmed.

Proper notice was given to the parties under 28 U.S.C. § 636(b)(1)(C), including notice that the parties would waive further appeal if they failed to file objections to the Report and Recommendation in a timely manner. <u>United States v. Walters</u>, 638 F.2d 947 (6th Cir. 1981). As of the date of this Order, no objections have been filed.

Having reviewed this matter pursuant to 28 U.S.C. § 636, the Court finds the Magistrate Judge's Report and Recommendation thorough, well-reasoned, and correct.

Accordingly, the Court hereby ADOPTS and AFFIRMS the Magistrate Judge's Report and Recommendation (doc. 9) in all respects. The Commissioner's decision to deny Plaintiff's application for benefits is thus affirmed, and this case is closed.

SO ORDERED.

Dated:  March 14, 2013           s/S. Arthur Spiegel_____
                                 S. Arthur Spiegel
                                 United States Senior District Judge